506 A.2d 901

**Mary Lou DAYTON**

v.

**Roy F. DAYTON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 3, 1986.

Decided April 14, 1986.

Robert L. Webster, Webster & Webster, Uniontown, for appellant.

Nicholas J. Cook, Uniontown, for appellee.

Before NIX, CJ., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN, J., dissent and would reach the merits of the case.